**920**

Lynn L. COSENTINE, Petitioner,

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

No. 00–3164.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2001.

Before MAYER, Chief Judge, LOURIE
and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDER and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Robert J. CHIDLOW, Petitioner,

v.

**DEPARTMENT OF THE AIR**
**FORCE, Respondent.**

No. 00–3199.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2001.

Before MAYER, Chief Judge, MICHEL
and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.